# Exhibit B

E. Evans Wohlforth, Jr.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4879

*Attorneys for Defendants*
*Connecticut General Life Insurance Company*
*and CIGNA Healthcare of New Jersey*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADVANCED SURGERY CENTER on assignment from S.A., S.AC, D.C., I.C., J.C., L.C., D.CE, J.C., M.C., K.C., O.D., H.D., E.D., J.E., R.F., D.G., C.G., D.G. C.G., E.H., A.H., G.H., W.H., J.J., M.J., E.J., J.K., J.K.B., H.K., H.L., P.L., M.L., J.L., Y.L., M.M., R.M., B.M., M.M., J.N., H.P., V.P., Y.P., P.R., H.R., J.S., J.S., K.S., M.S., S.S., K.T., D.T., P.T., J.T., M.V., A.V., C.W., C.W.E., S.X. & J.S.,<br><br>    Plaintiff,<br><br>vs.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY d/b/a CIGNA; CIGNA HEALTHCARE OF NEW JERSEY, INC.; JOHN/JANE DOES 1-10; ABC CORP. 1-10; ABC, LLC, 1-10; ABC PARTNERSHIP, 1-10;<br><br>    Defendants. | Civil Action No.: _____<br><br>*Document Electronically Filed*<br><br><br><br>**DECLARATION OF DONNA GAUDET IN SUPPORT OF NOTICE OF REMOVAL** |

I, **DONNA GAUDET**, declare as follows:

  1. I am employed by Defendant Connecticut General Life Insurance Company ("CGLIC"). I have reviewed the books of records of CGLIC and have personal, first-hand

knowledge of the matters stated herein and, if called upon to do so, I could and would competently testify thereto.

2.   On February 2, 2012, I personally accepted in-hand service, on behalf of CGLIC, of the Summons and Complaint in the above-captioned matter at CGLIC's offices in Bloomfield, Connecticut.

3.   I have reviewed CGLIC's records and they indicate that CGLIC did not receive service in this matter by any other means.

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on May 4, 2012 in Bloomfield, Connecticut.

_____
**DONNA GAUDET**