**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADVANCED SURGERY CENTER et al., | Civil Action No.: 12-2715 (JLL) |
| Plaintiffs, | **ORDER** |
| v. | |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY d/b/a CIGNA et al., | |
| Defendants. | |

This matter comes before the Court by way of a motion to remand to the Superior Court of New Jersey, Law Division, Civil Part, Passaic County (CM/ECF No. 9). On July 31, 2012, Magistrate Judge Michael Hammer issued a Report and Recommendation that this Court deny plaintiff's motion to remand. (CM/ECF No. 26). No objections have been filed thereto and the time to do so has expired. Having reviewed the Report and Recommendation, and for good cause shown,

**IT IS** on this 21 day of August, 2012,

**ORDERED** that this Court hereby ADOPTS Judge Hammer's July 31, 2012 Report and Recommendation as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Defendant's motion to remand is hereby DENIED.

**SO ORDERED.**

Jose L. Linares
United States District Judge